

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 23, 2007

**VIA HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007-1312

RECEIVED MAY 24 2007

5-29-07

Re:  Mitra Mehr LLC v. Federal Hall National Monument
     ~~06 Civ. 3966 (RWS)~~ 07- 3379

Dear Judge Sweet:

    On behalf of Defendant Federal Hall National Monument, a unit of the National Park System, administered by the Department of Interior, National Park Service (the "Government"), I write respectfully to request that the above-referenced matter not be allowed to proceed until Plaintiff Mitra Mehr, LLC, obtains counsel and counsel appears at the initial Pretrial Scheduling Conference, presently scheduled by the Court for June 6, 2007.

    The above-referenced matter was removed from Civil Court of the City of New York on April 27, 2007. The Government has confirmed that Plaintiff, Mitra Mehr LLC, a Limited Liability Company, is proceeding *pro se*, which is prohibited by the Federal Rules of Civil Procedure. *See, e.g., Kahn v. Gee Broadcasting, Inc.*, Civ. A. No. 07-1370, 2007 WL 1176734, at *1 (E.D.N.Y., April 20, 2007) ("A *pro se* plaintiff may not represent the interests of another individual or corporate entity in a civil proceeding."). Moreover, as this matter was brought in Civil Court, there is no complaint, but rather, only a summons demanding payment for services allegedly rendered. The Government has not, however, entered into any contract with the Plaintiff.

    In the interest of judicial efficiency, the Government respectfully requests that this matter not be allowed to proceed until Plaintiff Mitra Mehr, LLC, obtains counsel and files a formal complaint. At this time, Plaintiff is not represented, cannot represent itself in federal court, and has not articulated any legal basis for any action against the Government.

                                         So ordered

                                         Sweet / USDJ
                                         5.24.07



Thank you for your consideration of this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

By:                     _____
                              CAROLINA A. FORNOS
                              Assistant United States Attorney
                              Tel.: (212) 637-2740
                              Fax : (212) 637-2702

cc:    Mitra Mehr LLC (Via Facsimile)