

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

U.S. Department of Justice

United States Attorney
Southern District of New York

RECEIVED
SEP 2 6 2007
JUDGE SWEET CHAMBERS

86 Chambers Street
New York, New York 10007

September 25, 2007

**VIA HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007-1312

Re:  Mitra Mehr LLC v. Federal Hall National Monument
     ~~06 Civ. 3966 (RWS)~~
     07-3379 (RWS)

Dear Judge Sweet:

So ordered.

Submit judgment
on notice.

Sweet
USDJ
9.26.07

   This Office represents the Defendant Federal Hall National Monument, a unit of the National Park System, administered by the Department of Interior, National Park Service (the "Government"), in the above-referenced action. Plaintiff Mitra Mehr, LLC, a Limited Liability Company, originally filed the action, *pro se*, on or about March 30, 2007, by filing a Notice of Claim and Summons to Appear in Civil Court of the City of New York. The Government then removed the action to federal court on April 27, 2007.

   On May 24, 2007, the Court granted the Government's request that the above-referenced action be stayed until Plaintiff obtained counsel and filed a Complaint. The Government requested the stay because the Federal Rules of Civil Procedure precludes the appearance of a company *pro se*. *See, e.g., Kahn v. Gee Broadcasting, Inc.*, Civ. A. No. 07-1370, 2007 WL 1176734, at *1 (E.D.N.Y., April 20, 2007) ("A *pro se* plaintiff may not represent the interests of another individual or corporate entity in a civil proceeding."). Moreover, the Notice of Claim and Summons to Appear did not set forth any legal basis for an action against the Government.

   Since that time, the Government has attempted to contact Plaintiff on a number of occasions to determine whether Plaintiff would obtain counsel, file a Complaint, and serve the Government. On at least one occasion, Ms. Mehr, believed to be the principal of Mitra Mehr, LLC, informed the Government that she was not intending to pursue the above-referenced action. Ms. Mehr, however, has been either unable or unwilling to write to the Court and advise the Court of Plaintiff's position.

   Accordingly, the Government requests dismissal of the above-referenced matter, without prejudice, because Plaintiff failed to obtain counsel, file a Complaint, or to otherwise pursue this matter in this Court. As almost five months have passed since the time the action was removed, and Plaintiff has taken no further action, the Government requests dismissal without prejudice.

Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

By:                         _____
                                  CAROLINA A. FORNOS
                                  Assistant United States Attorney
                                  Tel.: (212) 637-2740
                                  Fax : (212) 637-2702

cc:    Mitra Mehr LLC (via facsimile: 212.868.1977)