```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MITRA MEHR, LLC,
                         Plaintiff(s),

                                              07 Civ. 3379 (RWS)
            vs.
                                                 O R D E R
FEDERAL HALL NATIONAL MONUMENT.

                         Defendant(s).
------------------------------------X
```

**Sweet, D.J.,**

    Order that the above action is dismissed, with prejudice and without costs to either party for failure to the plaintiff to prosecute this action.

    It is so ordered.

**New York, NY**
**September 28, 2007**

_Signature: Sweet_
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/07